AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

<div style="color:red">
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 13, 2020

SEAN F. McAVOY, CLERK
</div>

SHANE WILLIAMS.

_____  )
*Plaintiff*                                )
v.                                         )
ORRCO, an Oregon Corporation, and          )
OIL RE-REFINING COMPANY, a                  )
Washington Corporation,                     )
_____
*Defendant*

Civil Action No.   4:20-cv-05039-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:  Defendants ORRCO and Oil Re-Refining Company's Motion to Dismiss (ECF No. 7) is GRANTED.  Plaintiff's
Complaint (ECF No. 1) is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be
granted.  Judgment is entered in favor of Defendants.

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge    SALVADOR MENDOZA, JR. _____ on a motion

to Dismiss (ECF No. 7).

Date:  7/13/2020 _____                    *CLERK OF COURT*

                                                 SEAN F. McAVOY
                                                 _____

                                                 s/ Lennie Rasmussen
                                                 _____
                                                 *(By) Deputy Clerk*

                                                 Lennie Rasmussen
                                                 _____